UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED
OCT 19 2021
U.S. DISTRICT COURT
ELKINS WV 26241

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No. 2:21-CR-24 |
| SCOTT ALLEN GREENWALT and TONDA MARIE HIXENBAUGH, | Violations: 18 U.S.C. § 922(g)(1) |
| | 18 U.S.C. § 924(a)(2) |
| Defendants. | 21 U.S.C. § 841(a)(1) |
| | 21 U.S.C. § 841(b)(1)(B) |
| | 21 U.S.C. § 841(b)(1)(C) |
| | 21 U.S.C. § 846 |

# INDICTMENT

The Grand Jury charges that:

### COUNT ONE

(Conspiracy to Distribute Methamphetamine)

From on or about the Spring of 2021, in Hardy County, in the Northern District of West Virginia, and elsewhere, defendants **SCOTT ALLEN GREENWALT and TONDA MARIE HIXENBAUGH** did knowingly, intentionally and unlawfully combine, conspire, confederate, agree and have a tacit understanding to violate Title 21, United States Code, Section 841(a)(1). It was a purpose and object of the conspiracy to distribute and possess with intent to distribute more than five (5) grams of methamphetamine, also known as "crystal meth" and "ice", a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(B).

## COUNT TWO

(Distribution of Methamphetamine)

On or about March 22, 2021, in Hardy County, in the Northern District of West Virginia, defendant **SCOTT ALLEN GREENWALT** did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in exchange for $200 in United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## **COUNT THREE**

(Distribution of Methamphetamine)

On or about April 7, 2021, in Hardy County, in the Northern District of West Virginia, defendant **SCOTT ALLEN GREENWALT** did unlawfully, knowingly, intentionally, and without authority distribute methamphetamine, also known as "crystal meth" and "ice," a Schedule II controlled substance, in exchange for $80 in United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FOUR

(Distribution of Methamphetamine)

On or about April 9, 2021, in Hardy County, in the Northern District of West Virginia, defendant **SCOTT ALLEN GREENWALT** did unlawfully, knowingly, intentionally, and without authority distribute methamphetamine, also known as "crystal meth" and "ice," a Schedule II controlled substance, in exchange for $180 in United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FIVE

(Possession with Intent to Distribute Methamphetamine)

On or about April 23, 2021, in or near Hardy County, in the Northern District of West Virginia, defendants **SCOTT ALLEN GREENWALT and TONDA MARIE HIXENBAUGH**, did unlawfully, knowingly, intentionally, and without authority, possess with intent to distribute more than five (5) grams of methamphetamine, also known as "crystal meth" and "ice," a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT SIX

(Unlawful Possession of a Firearm)

On or about April 23, 2021, in Hardy County, in the Northern District of West Virginia, defendant **SCOTT ALLEN GREENWALT**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, Attempted Manufacture of Methamphetamine – Aiding and Abetting, in the United States District Court, Northern District of West Virginia, in case number 2:13-CR-18, on August 27, 2013, and of Attempting to Operate a Clandestine Drug Laboratory, in the Circuit Court of Hardy County, West Virginia, in case number 13-F-32, on August 20, 2013; knowingly possessed a firearm, that is: a Smith & Wesson, model M+P Shield 9mm caliber pistol, serial number JCJ0354; and the firearm was in and affecting commerce; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION
*Controlled Substance Act*
*Gun Control Act*

A.  Pursuant to Title 21, United States Code, Sections 841(a) and 853, the government will seek the forfeiture of property as part of the sentence imposed in this case; that is, the forfeiture of any property used, or intended to be used, to commit or to facilitate the commission of the above referenced offense, and any property constituting, or derived from, proceeds obtained directly or indirectly, as a result of such offense, including:

1) a Smith & Wesson, model M+P Shield 9mm caliber pistol, serial number JCJ0354;
2) any associated ammunition seized; and
3) $897 in United States currency.

B.  Pursuant to Title 18, United States Code, Sections 924(c), and 924(d), and Title 28, United States Code, Section 2461(c), the government will seek the forfeiture of any firearm and any ammunition involved in the knowing commission of such offense, including:

1) a Smith & Wesson, model M+P Shield 9mm caliber pistol, serial number JCJ0354;
2) any associated ammunition seized.

A true bill,

__/s/_____
Foreperson

_/s/_____
WILLIAM J. IHLENFELD, II
United States Attorney

Stephen Warner
Assistant United States Attorney